**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 73 EAL 2019

           Respondent              :

                               :    Petition for Allowance of Appeal from

             v.                  :    the Order of the Superior Court

                               :

WARREN NICHOLS,             :

                               :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.